# EXHIBIT B

# STATE OF NORTH CAROLINA

File No. _____

## SEARCH WARRANT

In The General Court Of Justice
District/Superior Court Division

Guilford County

### IN THE MATTER OF

400 Marshall St

| Date Issued | Time Issued | |
|---|---|---|
| 09/23/2016 | 12:51 | ☒ AM ☐ PM |

Name Of Applicant: N.B. Fisher

Name Of Additional Affiant: _____

Name Of Additional Affiant: _____

To any officer with authority and jurisdiction to conduct the search authorized by this Search Warrant:

I, the undersigned, find that there is probable cause to believe that the property and person described in the application on the reverse side and related to the commission of a crime is located as described in the application.

You are commanded to search the premises, vehicle, person and other place or item described in the application for the property and person in question. If the property and/or person are found, make the seizure and keep the property subject to Court Order and process the person according to law.

You are directed to execute this Search Warrant within forty-eight (48) hours from the time indicated on this Warrant and make due return to the Clerk of the Issuing Court.

This Search Warrant is issued upon information furnished under oath or affirmation by the person(s) shown.

| Date | Name (Type Or Print) | | | |
|---|---|---|---|---|
| 09/23/2016 | M B Moore | | | |
| ☐ Deputy CSC ☐ Assistant CSC ☐ CSC ☒ Magistrate ☐ District Ct. Judge ☐ Superior Ct. Judge | | | | |

*Signature*

### RETURN OF SERVICE

I certify that this Search Warrant was received and executed as follows:

| Date Received | Time Received | |
|---|---|---|
| 09/23/2016 | | ☐ AM ☐ PM |

| Date Executed | Time Executed | |
|---|---|---|
| 09/23/2016 | | ☐ AM ☐ PM |

☐ I made a search of _____ as commanded.

☐ I seized the items listed on the attached inventory.

☐ I did not seize any items.

☐ This Warrant WAS NOT executed within forty-eight (48) hours of the date of issuance and I hereby return it not executed.

This Search Warrant was delivered to me on the date and at the time shown below when the Office of the Clerk of Superior Court is closed for the transaction of business. By signing below, I certify that I will deliver this Search Warrant to the Office of the Clerk of Superior Court as soon as possible on the ___ss day.

| Date | Time | | Name Of Magistrate (Type Or Print) | Signat_ |
|---|---|---|---|---|
| | | ☐ AM ☐ PM | | |

This Search Warrant was returned to the undersigned clerk on the date and time

| Date | Time | | Name Of Clerk (Type Or Print) | Signature Of |
|---|---|---|---|---|
| | | ☐ AM ☐ PM | | ☐ Dep CSC ☐ Asst CSC ☐ CSC |

| Name Of Officer Making Return (Type Or Print) | |
|---|---|
| N.B Fisher | |

Signature Of Officer Making Return

| Department Of Agency Of Officer | Incident Number |
|---|---|
| Greensboro Police Department | 2016-0922-276 |

AOC-CR-119, Rev. 6/12
© 2012 Administrative Office of the Courts

(Over)

# APPLICATION FOR SEARCH WARRANT

I, N.B. Fisher, Police Officer, Greensboro Police Department,
*(Insert name and address; or if law enforcement officer, name, rank and agency)*

being duly sworn, request that the Court issue a warrant to search the person, place, vehicle, and other items described in this application and to find and seize the property and person described in this application. There is probable cause to believe that *(Describe property to be seized; or if search warrant is to be used for searching a place to serve an arrest warrant or other process, name person to be arrested)*

SEE ATTACHED

constitutes evidence of a crime and the identity of a person participating in a crime, *(Name crime)* Possession of Marijuana, Sale of non taxed liquor

and is located *(Check appropriate box(es) and fill-in specified information)*

☒ in the following premises *(Give address and, if useful, describe premises)*
SEE ATTACHED

*(and)*
☒ on the following person(s) *(Give name(s) and, if useful, describe person(s))*

*(and)*
☐ in the following vehicle(s) *(Describe vehicle(s))*

---

*(and)*
☒ *(Name and/or describe other places or items to be searched, if applicable)*
SEE ATTACHED

The applicant swears or affirms to the following facts to establish probable cause for the issuance of a search warrant:
SEE ATTACHED

| SWORN/AFFIRMED AND SUSCRIBED TO BEFORE ME | Date |
|---|---|
| Date 9-21-16 Signature | 09/23/2016 Name Of Applicant *(Type Or Print)* N.B. Fisher Signature Of Applicant |
| ☒ Magistrate ☐ Dep. CSC ☐ Asst. CSC ☐ Clerk Of Superior Court ☐ Judge | |

☐ In addition to the affidavit included above, this application is supported by additional affidavits, attached, made by _____

☐ In addition to the affidavit included above, this application is supported by sworn testimony, given by _____

This testimony has been *(check appropriate box)* ☐ reduced to writing
☐ tape recorded and I have filed each with the clerk.

**NOTE:** *If more space is needed for any section, continue the statement on an attached sheet of paper with a notation saying "see attachment." Date the continuation and include on it the signatures of applicant and issuing official.*

AOC-CR-119, Rev. 6/12
© 2012 Administrative Office of the Courts

STATE OF NORTH CAROLINA     IN THE GENERAL COURT OF JUSTICE
GUILFORD COUNTY     DISTRICT COURT DIVISION

IN THE MATTER OF:     ATTACHMENT TO APPLICATION
    FOR SEARCH WARRANT

400 Marshall St
Greensboro, North Carolina

I, N.B. Fisher, herein referred to as affiant have been a Law Enforcement Officer employed with The City of Greensboro Police Department located at 2602 S. Elm-Eugene St., Greensboro, North Carolina for over eight years. I am currently assigned to the District Two Community Resource Team of the Department. Since becoming a Police Officer, I have made numerous narcotics and firearms related arrests involving the illegal possession and sales of controlled substances. I am familiar with persons and methods of drug/weapons sales in Greensboro, North Carolina. I am also familiar with the way narcotics are packaged and sold. I completed Basic Law Enforcement Training given by the Greensboro Police Department. I have attended numerous narcotics schools including Criminal Interdiction sponsored by CarSmart, Police Law Institute (PLI), and Advanced Interview and Interrogation. In addition to the above qualifications, I have also received my Advanced Law Enforcement Certificate from the North Carolina Criminal Justice Education and Training Standards Commission.

During the week of September 19th 2016, I received a citizen complaint in reference to the house at 400 Marshall St selling illegal narcotics. This complaint was received through the Chief's Office and assigned to me.

There have been numerous complaints for this address in reference to an on going issue with the sale of illegal liquor by the drink. Based on the calls for service history, there have been four citizen complaints for this address in 2016.

On 9/22/2016 at approximately 2123 hours I along with the District Two CRT team responded to attempt a consent search of the residence. Upon my approach of the residence I smelled a strong odor of what I knew to be Marijuana through my training and experience coming from the residence. I then encountered two females on the side of the house leaving the residence from the rear of the house. One female had a clear plastic cup with a small amount of liquor in it. The female advised that she did not live at the house and was leaving. I advised her to leave the cup and then walked to the rear of the residence where there were several subjects standing on the back porch area and in the yard. I continued to smell a strong odor of Marijuana on the exterior of the residence as I approached the rear and several subjects went into the residence. Due to the extremely strong odor of Marijuana on the exterior of the residence, these subjects are believed to

**SWORN TO AND SUBSCRIBED BEFORE ME
THIS THE 23rd DAY OF SEPTEMBER 2016**

_____     _____
**MAGISTRATE/JUDGE**     **APPLICANT**

**STATE OF NORTH CAROLINA**  **IN THE GENERAL COURT OF JUSTICE**
**GUILFORD COUNTY**  **DISTRICT COURT DIVISION**

IN THE MATTER OF: ATTACHMENT TO APPLICATION
FOR SEARCH WARRANT

have been smoking Marijuana near the rear door of the residence and retreated inside upon sight of Police. As I went to the rear of the house I observed two garbage cans overflowing with beer cans, liquor bottles, and cardboard containers that cases of beer come in. Also in the back yard I observed numerous empty cans of Bud Light, Budweiser, and Natural Light beer cans. I made contact with a male subject at the rear door and asked to speak with the owner of the residence. The subject then went inside and a short time later the owner came to the back door. I observed approximately 10-12 people inside the house going room to room and each had the same clear plastic cups with what appeared to be liquor inside. Through my training and experience, I know this activity to be consistent with the operation of an illegal liquor house. I also observed a large amount of visible smoke inside the house while waiting on the owner.

A short time later I made contact with the owner of the residence and he was identified as Mr. Patrick Clemons, B/M DOB 9/19/1972. Mr. Clemmons stated that he owned the house and has lived there approximately four years. Mr. Clemmons was heavily intoxicated but coherent. I explained the complaint to him and also advised him of the smell of Marijuana I smelled when I approached his residence and the subjects I observed with plastic cups of liquor on his property. I explained to Mr. Clemmons that I would like to search his residence with his consent based on the previously stated facts but he denied consent to search.

Officers then entered the residence and secured the scene to assure there were no other subjects inside and no evidence was being destroyed. During the initial sweep of the house, Officer J.L. Beavers advised that he observed the kitchen of the residence has been modified in a way to serve alcohol. Officer Beavers advised that a half door has been added onto the kitchen entryway to serve as a bar entrance. Officer Beavers also advised that he observed a large amount of open liquor bottles sitting on the kitchen counter by the sink. He also observed a wooden board laid across the sink with a bottle opener laying on it and money in the sink. The board appeared to be used to sit the plastic cups on to pour customer's liquor by the drink.

All subjects inside were detained after completing the initial sweep to secure the house. While frisking a blue leather chair in the second room to the right after entering the rear door of the residence, Officer Beavers located a small plastic bag of Marijuana stuffed between the chair cushions. Officer Beavers had to frisk this chair after detaining the suspects so that they could have a place to sit.

**SWORN TO AND SUBSCRIBED BEFORE ME
THIS THE 23rd DAY OF SEPTEMBER 2016**

---------------------------------------------   ---------------------------------------------
**MAGISTRATE/JUDGE**   **APPLICANT**

STATE OF NORTH CAROLINA        IN THE GENERAL COURT OF JUSTICE
GUILFORD COUNTY                        DISTRICT COURT DIVISION

IN THE MATTER OF:                      ATTACHMENT TO APPLICATION
                                        FOR SEARCH WARRANT

applicants training and experience, and participation in other narcotic and illegal alcohol sales investigations, it is common for subjects to conceal weapons on their persons, in their residences, and businesses. These weapons include but are not limited to: handguns, pistols, rifles, shotguns, machine guns, and other weapons. Said firearms are used to protect and secure a drug dealers property. Such property may include but is not limited to: narcotics, drug paraphernalia, jewelry, books, records, and U.S. Currency, alcohol, mixers, shot glasses, and plastic cups.

I have been involved in numerous search warrant cases in the time I have been an officer. I have found that paraphernalia used to measure, weigh, or analyze controlled substances and illegal alcohol has been found in nearly every premise that has been searched. This applicant has found that in the majority of searches for controlled substances and illegal alcohol sales that written and typed transactions have been found kept on paper, napkins, checkbooks and notebooks of various sizes and shapes.

The affiant has been able to verify the following:
1. Marijuana is included within Schedule VI of the North Carolina Controlled Substances Act.
2. Illegal narcotics and more specifically Marijuana have been kept/used in the residence.
3. There have been 4 citizen complaints for 400 Marshall St in 2016.
4. The owner of the residence has been identified as Mr. Patrick Leon Clemons, B/M DOB 9/19/1972
5. Mr. Clemons has a lengthy criminal history including Possession/Sale of Alcoholic Beverage with no permit, Possession/Sale of non taxed liquor, Assault with a Deadly Weapon Inflicting Serious Injury, Assault on a Female, Intoxicated and Disruptive, Assault Inflicting Serious Injury, Resisting a Public Officer, and Carrying a Concealed Weapon.
6. Mr. Clemmons does not have a license to sale alcohol nor is there an ABC permit for 400 Marshal St.

SWORN TO AND SUBSCRIBED BEFORE ME
THIS THE 23rd DAY OF SEPTEMBER 2016

_____         _____
MAGISTRATE/JUDGE                                        APPLICANT

STATE OF NORTH CAROLINA     IN THE GENERAL COURT OF JUSTICE
GUILFORD COUNTY     DISTRICT COURT DIVISION

IN THE MATTER OF:     ATTACHMENT TO APPLICATION
FOR SEARCH WARRANT

<u>400 Marshall St</u>
<u>Greensboro, North Carolina</u>

### Description of Property to be Seized

1. Indications of dominion or control of the premises described, including utility bills, telephone bills, envelopes, other mail, etc.
2. Any illegally possessed controlled substances, in particular Marijuana..
3. Paraphernalia for using, producing, processing, packaging, cutting, weighing, and distributing illegal narcotics.
4. Any illegal narcotics records, receipts, journals, notes, ledgers, bank statements and records, money drafts, letters of credit, money orders, cashier checks/receipts or electronic equipment used to store information concerning sales or distribution of controlled substances.
5. Any keys, lock boxes, briefcases, and file cabinets used to facilitate the store of the items to be seized.
6. Unites States currency, precious metals, jewelry, and other financial instruments related to narcotics trafficking, or its profits.
7. Any video tapes, photographs, and unprocessed films of potential and co-conspirators that show themselves and/or assets and/or controlled substances.
8. Weapons and any ammunition, holsters, carry cases, accessories, clips, or magazines for these items.
9. Any surveillance equipment which would be used to expose the approach of law enforcement officers.
10. Computers, cellular phones, smart phones, pagers, and any other electronic media storage devices which are commonly used for communication between drug dealers, suppliers and end users facilitating these types of crimes.
11. It is necessary to seize and search the above mentioned items(including computers) where evidence of the crime may reside to include all media files, text messages, call logs, and any other data or content that may be related to this investigation or any other violation of North Carolina or Federal Law.

**SWORN AND SUBSCRIBED BEFORE ME**
**THIS THE 23rd DAY OF SEPTEMBER 2016**

_____         _____
**MAGISTRATE/JUDGE**         **APPICANT**

STATE OF NORTH CAROLINA     IN THE GENERAL COURT OF JUSTICE
GUILFORD COUNTY     DISTRICT COURT DIVISION

IN THE MATTER OF:     ATTACHMENT TO APPLICATION
FOR SEARCH WARRANT

<u>400 Marshall St</u>
<u>Greensboro, North Carolina</u>

Description of Premises to be Searched

400 Marshall St is a single story detached residence clad in tan vinyl siding with white vinyl trim. The front of the residence faces west towards Marshall St. There is a concrete sidewalk which leads from Marshall St to the front porch of the residence. There is one concrete step which leads from the sidewalk up to the front door of the residence. The front porch of the residence is enclosed with a brown wooden banister. The numbers "400" are affixed to the banister to the right of the front door in gold letters. There is a window on each side of the front door and a piece of plywood secured in a window frame above the front door in the attic area. There is a large mirror on the left side of the front porch. The rear of the residence faces east and is accessed by a small wooden deck.

SWORN TO AND SUBSCRIBED BEFORE ME
THIS THE 23rd DAY OF SEPTEMBER 2016

_____     _____
**MAGISTRATE/JUDGE**     **APPLICANT**