# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:19-cv-00961-LCB-LPA

---

PATRICK CLEMONS,  :
　　　　　　　　　　:
　　Plaintiff,　　　:
　　　　　　　　　　:
vs.　　　　　　　　 :
　　　　　　　　　　:
THE CITY OF GREENSBORO, et al., :
　　　　　　　　　　:
　　Defendants.　　 :

---

VIDEOTAPED DEPOSITION OF
PATRICK CLEMONS

Taken by Plaintiff
Raleigh, North Carolina
July 15, 2021

Reported by: Eileen M. Dunne,
　　　　　　　 Court Reporter and
　　　　　　　 Notary Public

MAGNA
LEGAL SERVICES

```
 1                    APPEARANCES
 2   On behalf of the Plaintiff:
 3            VICTORIA BROUSSARD, ESQ. (via Zoom)
              The Law Offices of Victoria Broussard
 4            P.O. Box 4445
              Lago Vista, Texas 78645
 5            (512) 963-7094
              Victoria@broussardlegal.com
 6
     On behalf of the Defendants:
 7
              JASON R. BENTON, ESQ.
 8            Parker, Poe,
              Adams & Bernstein, LLP
 9            620 South Tryon Street
              Suite 800
10            Charlotte, North Carolina 28202
              (704) 372-9000
11            Jasonbenton@parkerpoe.com
12                - and -
13            ANDREA HARRELL, ESQ.
              Greensboro Police Department
14            The City of Greensboro
              P.O. Box 3136
15            Greensboro, North Carolina 27402
              (336) 430-5189
16            Andrea.harrell@greensboro-nc.gov
17   Also present:
18       Ken Morrison, videographer
19       Nate Bernik, videoconference technician(via Zoom)
20
21            Deposition of PATRICK CLEMONS, taken by the
22   Plaintiff, at the Greensboro Police Department, 100
23   Police Plaza, Greensboro, North Carolina, on the 15th
24   day of July, 2021, at 9:11 A.M., before Eileen M.
25   Dunne, (via Zoom) Court Reporter and Notary Public.
```



```
 1                        INDEX
    DEPONENT                                              PAGE
 2
    Called by the Defendants:
 3
                 PATRICK CLEMONS
 4
 5           Examination by Ms. Benton                      5
 6
 7                      EXHIBITS
 8
    NUMBER      DESCRIPTION                               PAGE
 9
       1     Plaintiff's Responses to Defendants'
10           First Set of Interrogatories and
             Requests for Production of Documents
11           To Plaintiff                                   40
12     2     Inventory of Items Seized Pursuant
             to Search                                     115
13
       3     Affidavit of Indigency                        155
14
       4     Plaintiff's Rule 26(a)(1) Initial
15           Disclosures                                   158
16
17
18
19
20
21
22
23
24
25
```

```
 1              P R O C E E D I N G S
 2                    * * * * *
 3         THE VIDEOGRAPHER:  We are now on the
 4   record.  This is Media Unit No. 1 in the
 5   deposition of Patrick Clemons in the matter
 6   of Patrick Clemons vs. the City of Greensboro,
 7   et al., in the United States District Court for
 8   the Middle District of North Carolina.
 9         Today's date is July 15th, 2021, and the
10   time is 9:11 A.M.  This deposition is being
11   taken at the Greensboro Police Department.
12   I'm Ken Morrison, the videographer; our court
13   reporter is Eileen Dunne; both with Magna Legal
14   Services.
15         Will Counsel now please introduce
16   themselves and the court reporter will swear in
17   the deponent.
18         MR. BENTON:  This is Jason Benton.  I'm
19   with Andrea Harrell, and we represent the
20   Defendants in this matter, the City of Greensboro
21   and Officers Beavers, Fisher, Oxendine, Tejada,
22   and Garrison.
23         MS. BROUSSARD:  And this is Victoria
24   Broussard.  I represent the Plaintiff, Patrick
25   Clemons.
```



MAGNA LEGAL SERVICES
Case 1:19-cv-00961-LCB-LPA   Document 36-3   Filed 11/24/21   Page 5 of 8

```
 1                PATRICK CLEMONS,
 2   being duly sworn to tell the truth, the whole truth
 3   and nothing but the truth, was examined and testified
 4   as follows:
 5           THE DEPONENT:  Yes, ma'am.
 6                    EXAMINATION
     BY MR. BENTON:
 8       Q.   Good morning, sir.
 9       A.   How're you doing?
10       Q.   Doing well.  Thank you for being here this
11   morning.
12            Can you give us your full name for the
13   record, please?
14       A.   Patrick Leon Clemons.
15       Q.   And, Mr. Clemons, we're here today for your
16   deposition.  Have you ever had your deposition taken
17   before in any legal matter or proceeding?
18       A.   No, sir.
19       Q.   All right.  Let me go through a couple of
20   the ground rules for you.  Today is our one
21   opportunity to ask you questions under oath about
22   your lawsuit against the City and its officers.  And
23   the format is that I will be asking you questions and
24   you get to provide those answers under oath.  And
25   your attorney may also have questions.  I don't know.
```

Page 5

MAGNA
LEGAL SERVICES

Case 1:19-cv-00961-LCB-LPA   Document 36-3   Filed 11/24/21   Page 6 of 8

```
 1   officer that went for the warrant had went in my
 2   house before any other officers went in there to lock
 3   it down, and then I noticed they all went back in to
 4   lock it down.  To my recollection, I think that's
 5   when everything got planted.
 6        Q.   All right.  Did you see -- you didn't see
 7   any officer plant anything --
 8        A.   No, sir.
 9        Q.   -- right?
10        A.   No, sir.
11        Q.   Is that correct?
12        A.   Yes, sir.
13        Q.   It's just your belief that --
14        A.   Yes, sir.
15        Q.   -- that the drugs were planted?
16        A.   Yes, sir.
17        Q.   And that would be the marijuana in the
18   recliner?
19        A.   Yes, sir.
20        Q.   And the -- the other drugs found behind the
21   refrigerator?
22        A.   Yes, sir.
23        Q.   And you didn't see -- you didn't see an
24   officer plant any of that; that's just what you
25   believe?
```

```
 1      A.   Yes, sir.
 2      Q.   What -- do you -- do you know why officers
 3   would plant drugs in your house?
 4      A.   I can't say I know why, but I've had
 5   run-ins with officers before and now.  What I can
 6   say, they pretty much could be out to get you and set
 7   you up by any means necessary.
 8      Q.   Have you been set up on other occasions
 9   other than September 2016?
10      A.   Oh, yeah.
11      Q.   By officers?
12      A.   Oh, yeah.
13      Q.   Tell me about that.
14      A.   Well, I have a -- I had a -- I got a DWI at
15   my home simply after a party.  I had moved my car
16   from under the carport on the street to have the
17   party set up.  Well, that night as people was
18   leaving, some of the guys were spinning and burning
19   out and leave and whatnot, and evidently somebody
20   called the police or they had already came.
21           Well, I ended up with a -- getting in my
22   car to back it in the driveway at the end of the
23   night.  And police is sitting down the street with no
24   lights and come flying up the street and I get a DWI
25   for trying to back my car in the driveway.
```

