# EXHIBIT F

112

File No. **16 CRS 85899**

**STATE OF NORTH CAROLINA**
In the General Court of Justice
Superior Court Division
GUILFORD COUNTY

Film No.

STATE VERSUS

Defendant
**PATRICK LEON CLEMONS**

ALC

**INDICTMENT**

Offense in Violation of G. S.
90-108(A)(7); 90-113.22A
Date of offense: 09/22/16 – 09/23/16

I. (F) MAINTN VEH/DWELL/PLACE CS
II. (M) POSSESS MARIJUANA PARAPHERNALIA

**I. The jurors for the State upon their oath** present that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly keep and maintain a dwelling house located at 400 Marshall Street, Greensboro, North Carolina that was used for keeping and selling controlled substances, cocaine and marijuana, in violation of the North Carolina Controlled Substances Act.

**II. And the jurors for the State upon their oath** present that on or about the date of offense shown and in the county named above the defendant named above unlawfully and willfully did knowingly possess with the intent to use drug paraphernalia, to wit: an electronic scale, cigarillo packages, and cigar guts to process and test marijuana.

Signature of Prosecutor

WITNESSES

☐ N. B. FISHER – GPD – SOUTH    2016-0922-276

☐ M. OVERMAN - GPD    ☐ D. E. CAMPBELL - GPD

The witnesses marked "X" were sworn by the undersigned Foreman of the Grand Jury and after hearing testimony, this bill was found to be:
☑ A TRUE BILL by twelve or more grand jurors, and I the undersigned Foreman of the Grand Jury, attest the concurrence of twelve or more grand jurors in this Bill of Indictment.

☐ NOT A TRUE BILL

Date  JAN 2 3 2017

Signature of Grand Jury Foreman

115

## STATE OF NORTH CAROLINA
In the General Court of Justice
Superior Court Division
GUILFORD COUNTY

File No. **16 CRS 85900**

Film No.

STATE VERSUS

Defendant
**PATRICK LEON CLEMONS**

**INDICTMENT**

Offense in Violation of G. S.
90-95(A); 90-95(D)(4)
Date of Offense: 09/23/16

I. POSSESS WITH INTENT TO SELL/DELIVER COCAINE
II. POSSESS MARIJUANA UP TO ½ OZ

**I. The jurors for the State upon their oath** present that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did possess with the intent to sell and deliver a controlled substance, namely cocaine, which is included in Schedule II of the North Carolina Controlled Substances Act.

**II. And the jurors for the State upon their oath** present that on or about the date of offense shown and in the county named above the defendant named above unlawfully and willfully did possess one-half ounce of marijuana or less, a controlled substance which is included in Schedule VI of the North Carolina Controlled Substances Act.

Signature of Prosecutor

### WITNESSES

☐ N. B. FISHER – GPD – SOUTH   2016-0922-276   ☒ WD Coble

☐ M. OVERMAN – GPD         ☐ D. CAMPBELL – GPD

The witnesses marked "X" were sworn by the undersigned Foreman of the Grand Jury and after hearing testimony, this bill was found to be:
☒ A TRUE BILL by twelve or more grand jurors, and I the undersigned Foreman of the Grand Jury, attest the concurrence of twelve or more grand jurors in this Bill of Indictment.

☐ NOT A TRUE BILL

Date   JAN 2 3 2017

Signature of Grand Jury Foreman